USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
LEOLA RICHARDSON,          :
                Plaintiff,    :
                                    :
    -against-          :
                                    :      21-CV-9202 (VEC)
                                    :
NATIONAL RAILROAD PASSENGER    :      ORDER
CORPORATION D/B/A AMTRAK.,   :
                                    :
                Defendants.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 18, 2021, Defendant filed a motion to dismiss the complaint, Dkt. 6;

    IT IS HEREBY ORDERED that any response in opposition to the motion is due no later than **Friday, December 10, 2021** and any reply in support is due no later than **Friday, December 31, 2021**. The Court reminds Plaintiff that in lieu of responding to the motion to dismiss, Plaintiff may file an amended complaint in line with Rule 4(E)(i) of the undersigned's Individual Practices in Civil Cases.

**SO ORDERED.**

Date: November 19, 2021
      New York, New York

                                              **VALERIE CAPRONI**
                                              **United States District Judge**