USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/08/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
LEOLA RICHARDSON,

                Plaintiff,

     -against-

                                  21-CV-9202 (VEC)

NATIONAL RAILROAD PASSENGER     ORDER
CORPORATION D/B/A AMTRAK.,

                Defendants.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on November 18, 2021, Defendant filed a motion to dismiss the complaint, Dkt. 6; and

       WHEREAS on December 7, 2021, Plaintiff filed an amended complaint in lieu of responding to the motion to dismiss, Dkt. 13.

       IT IS HEREBY ORDERED that Defendant's motion to dismiss is DENIED as moot.

       The Clerk of Court is respectfully directed to terminate the open motion at docket entry 6.

**SO ORDERED.**

Date: **December 8, 2021**
      **New York, New York**

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**