**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/05/2022

# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

| | | |
|---|---|---|
| **SHAYNA BRYAN**<br>MEMBER<br>TEL: (212) 238-4800<br>EMAIL: sbryan@lcbf.com | 120 BROADWAY<br>13TH FLOOR<br>NEW YORK, NEW YORK 10271<br>TELEPHONE (212) 238-4800<br>FACSIMILE (212) 238-4848<br>www.lcbf.com | One Gateway Center<br>22nd Floor<br>Newark, NJ 07102<br>Tel: (973) 623-2700<br><br>One Penn Center<br>1617 JFK Boulevard, Suite 955<br>Philadelphia, PA 19103<br>Tel: (215) 561-8540 |

January 5, 2022

<u>*Via ECF*</u>

Honorable Valerie E. Caproni
United State District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

       Re:  *Richardson v. National Passenger Corporation d/b/a Amtrak*
            <u>Case No. 21-cv-9202 (VEC)</u>

Dear Hon. Caproni:

      This firm represents Defendant National Railroad Passenger Corporation (Amtrak) in the above-referenced matter. By way of this letter, the parties jointly and respectfully request a sixty (60) day adjournment of the initial conference currently scheduled to place on January 14, 2022, as well as a commensurate extension of time to file a proposed Civil Case Management Plan and Scheduling Order that is currently due on January 6, 2022.

      On December 28, 2021, Amtrak filed a motion pursuant to FRCP 12(b)(2) seeking to dismiss Plaintiff's Amended Complaint for lack of personal jurisdiction; or in the alternative to transfer this action to the District Court for the District of South Carolina. Pursuant to Local Rule 6.1(b) of the Civil Rules for the Southern District of New York, Plaintiff's opposition papers must be served on or before January 11, 2022, and Amtrak's Reply papers must be served on or before January 18, 2022. Accordingly, in the interest of preserving judicial resources, the parties request a sixty (60) day adjournment of the initial conference to March 15, 2022, or until such time that Amtrak's motion is decided.

      This is the first request for an adjournment of the initial conference. All parties consent to this request.

      Thank you for your attention to this matter. Should the Court require additional information, please contact the undersigned.

4887-3267-3288v.1

LANDMAN CORSI BALLAINE & FORD P.C.

Honorable Valerie E. Caproni
January 5, 2022
Page 2

Respectfully,

*/s/ Shayna Bryan*

Shayna Bryan

cc: Philip P. Vogt. (*via* ECF)

---

Application GRANTED. The initial pre-trial conference, currently scheduled for Friday, January 14, 2022 at 3:30 P.M., is adjourned *sine die*. The Court will reschedule the conference and reset the deadline for pre-conference submissions after the pending motion to dismiss is resolved, unless Plaintiff consents to the transfer of this action to South Carolina.

SO ORDERED.

Date: January 5, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

4887-3267-3288v.1